**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | HI Wind Down Corporation |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | AKA Humanoids, Inc, |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 95-4671935 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6464 Sunset Blvd., Suite 1180 <br> Los Angeles, CA 90028 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   HI Wind Down Corporation                                          Case number (*if known*)  _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5131

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor   HC Wind Down Corporation                    Relationship   Holding Company

District   Delaware    When   10/14/25    Case number, if known   _____

Debtor    HI Wind Down Corporation                                          Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                      Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor HI Wind Down Corporation
_____
Name

Case number (if known) _____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   10/13/2025
              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Alexandre Donoghue
_____
Printed name

Title   Secretary and Chief Operating Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  10/13/25
      ‾‾‾‾‾‾‾‾‾‾‾‾
      MM / DD / YYYY

David Klauder
_____
Printed name

Bielli & Klauder
_____
Firm name

1204 N. King Street
Wilmington, DE 19801
_____
Number, Street, City, State & ZIP Code

Contact phone   (302) 803-4600     Email address   dklauder@bk-legal.com

5769 DE
_____
Bar number and State

### JOINT RESOLUTIONS OF THE BOARD OF DIRECTORS OF
### HC WIND DOWN CORPORATION,
### a Delaware corporation
### AND
### HI WIND DOWN CORPORATION,
### a California corporation

Adopted October 10, 2025

**WHEREAS**, the board of directors (the "<u>Board</u>") of HC Wind Down Corporation, a Delaware corporation, and HI Wind Down Corporation, a California corporation (together, the "<u>Company</u>"), has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company;

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, the Board desires to adopt and approve the following resolutions.

**NOW, THEREFORE, BE IT:**

#### Commencement and Prosecution of Bankruptcy Cases

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that voluntary petitions (the "<u>Petitions</u>") be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") commencing cases (the "<u>Bankruptcy Cases</u>") under the provisions of chapter 7 of the Bankruptcy Code, along with any recognition or similar proceeding outside of the United States that may be required in relation thereto; and it is further

**RESOLVED**, that the filing of a voluntary petition on behalf of the Company be, and the same hereby is, approved, authorized, and adopted in all respects and that the Company's secretary (the "<u>Authorized Officer</u>"), be and hereby is, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver, and verify the Petitions and to cause the same to be filed with the Bankruptcy Court at such time and in such form as the Authorized Officer may determine (which approval and authorization thereof shall be conclusively evidenced by the filing of the Petitions with the Bankruptcy Court); and it is further

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized to (a) execute and file the Petitions, along with all schedules of assets and liabilities, statements of financial affairs, lists, motions, applications, pleadings, declarations, and other papers that the Authorized Officer may determine necessary or proper in connection with such chapter 7 case, (b) execute, acknowledge, deliver, and verify any and all documents necessary or proper in connection with the Petitions and

to administer the Bankruptcy Cases in such form or forms as the Authorized Officer may determine necessary or proper and in order to effectuate the foregoing resolutions, and (c) engage any professionals, including attorneys, accountants, or other experts, as the Authorized Officer determines necessary or proper to accomplish the purposes of the resolutions, with any such determinations being conclusively evidenced by the executing, filing, acknowledging, delivering, verifying, or engaging thereof by the Authorized Officer); and it is further

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officer performing or executing the same shall approve, and the performance or execution thereof by such Authorized Officer shall be conclusive evidence of the approval thereof by such Authorized Officer and by the Company; and it is further

### General

**RESOLVED**, that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of the Company such actions and execute, acknowledge, deliver, and verify such agreements, certificates, instruments, guaranties, notices, and any and all other documents, and to amend, supplement, or otherwise modify from time to time agreements, certificates, instruments, guaranties, notices, and all other documents, including, without limitation, affidavits, schedules, motions, pleadings, and other documents, agreements, and papers, in such form as the Authorized Officer may approve, and to take any and all actions that the Authorized Officer determines advisable, necessary, or appropriate in connection with the Bankruptcy Case or as the Authorized Officer may deem necessary or proper to facilitate the transactions contemplated by these resolutions (such approval and the approval of the Board to be conclusively evidenced by the execution thereof or taking of such action by the Authorized Officer); and it is further

**RESOLVED**, that all acts done or actions taken prior to the date hereof by the Authorized Officer or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Bankruptcy Cases, or any proceedings related thereto, or any matter related thereto, be and hereby are, adopted, approved, authorized, ratified, and confirmed in all respects as the acts and deeds of the Company.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned have hereunto set their names as of the date first above written.

**RESTRUCUTRING COMMITTEE OF THE BOARD OF DIRECTORS OF HI WIND DOWN CORPORATION**

By: _Bryan Ling_

Name: Bryan Ling

Title: Sole Member of the Restructuring Committee

**HC WIND DOWN CORPORATION**

By: _Alexandre Donoghue_

Name: Alex Donoghue

Title: Director

## United States Bankruptcy Court
### District of Delaware

In re    HI Wind Down Corporation           Case No. _____

                                         Debtor(s)      Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary and Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     10/13/2025                                            

_____
    Alexandre Donoghue/Secretary and Chief Operating Officer
    Signer/Title

Ad tatum
3 Rue de L'Arrivée
75015 Paris, France


Allright & Co.
4 rue Saint-Nicolas,
75012 Paris, France


Aubin
Chemin des deux Croix - CS 7005
86240 LIGUGE - France


Blend
66 rue René Boulanger,
75010 Paris, FRANCE


Bureau International de l'Edition frança
115 BOULEVARD SAINT-GERMAIN,
75006 PARIS, FRANCE


City National Bank
1601 Vine Street, Ste. 101
Los Angeles, CA 90028


Claudine Giger
55 Chemin De Sionnet
1254 Jussy, Switzerland


Delsol
8 Rue Leon Jouhaux, 7
5010 Paris, FRANCE


Estellaprint
Carretera a Tafalla n° 13,
31132 VILLATUERTA-ESTELLA (Navarra) ESPA


Fabrice Giger
6352 Innsdale Dr.
Los Angeles, CA 90068


HaystackID, LLC
PO Box 95858
Chicago, IL 60694


HC Wind Down Corporation
6464 Sunset Blvd., Suite 1180
Los Angeles, CA 90028


Henry Vincent
93 Avenue Henri Adam
37550 Saint-Avertin, France


Humensis
170b BLD DU MONTPARNASSE
75014 PARIS, France

Hutchinson and Bloodgood
550 N. Brand Blvd., 14th Floor
Glendale, CA 91203


Jetogar Sarl
63 Chemin de Sionnet,
1254 Jussy, Switzerland


John V. Berlinski, Esquire
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067


LAGARDERE TR FRANCE SNC
4-10, av. André Malraux
92689 Levallois-Perret Cedex, France


Le Point Com
Immeuble Le Barjac 1, boulevard Victor
75015 Paris, France


MK2+
55, rue Traversière,
75012 PARIS, FRANCE


Mosquitto Editions - Association Dauphil
1ter rue des Sablons,
38120 Saint Egrève, France


O Culture
41, rue de Villiers
92200 Neuilly sur Seine, France


PAGE
101 rue Saint Lazare
75009 Paris, France


Pollina
ZI de Chasnais
85407 Luçon dedex, France


Primer Entertainment, LLC
c/o MLaw APC
9255 Sunset Blvd., Suite 1100
West Hollywood, CA 90069


Radio nova - pub MH
10 - 12 Rue Maurice Grimaud,
75018 PARIS, FRANCE


Rotofrance
25 Rue de la Maison Rouge
77185 LOGNES, France


Sarl La Chope
19/21 rue Boyer,
75020 PARIS, France

SARL NETGALLEY France
78 Boulevard de la Reine,
78000 Versailles, France


SBA EIDL Loan
Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Willkie Farr & Gallagher, LLP
2029 Century Park East
Los Angeles, CA 90067