IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> HI Wind Down Corporation,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-11828 |
| In re: <br><br> HC Wind Down Corporation, *et al.*,[1] <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-11827 |

**CONSOLIDATED CORPORATE OWNERSHIP**
**STATEMENT PURSUANT TO FED R. BANKR. P. 1007(A)(1)**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors (the "Debtors"), to the best of their knowledge, information, and belief, hereby states as follows:

1.  HI Wind Down Corporation is wholly owned by its parent entity, which holds 100% of its equity interests or membership interests.

2.  Humanoids Holding Sarl and Primer Entertainment, LLC each directly own 10% or more of the equity interests in Debtor HC Wind Down Corporation in the aggregate, as set forth below.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are HI Wind Down Corporation (1935), and HC Wind Down Corporation (2950). The Debtors' headquarters is located at 6464 Sunset Boulevard, Suite 520, Los Angeles, CA 90028.

- 2 -

| **Debtor** | **Kind/Class of Interest** | **Name of Interest Holder & Percentage of Interests Held** |
|---|---|---|
| HI Wind Down Corporation | Common stock | 100% owned by HC Wind Down Corporation. |
| HC Wind Down Corporation | Common stock | 79.5% owned by Humanoids Holding Sarl;<br><br>20.5% owned by Primer Entertainment, LLC. |