**Fill in this information to identify the case:**

Debtor name   HI Wind Down Corporation

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   25-11828

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $       100.95

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $       100.95

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     1,022,339.99

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     22,225,265.93

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b      $     23,247,605.92

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    HI Wind Down Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   25-11828

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**      **Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | City National Bank | Checking | 3375 | $0.00 |
| 3.2. | City National Bank | Checking | 6930 | $100.95 |
| 3.3. | City National Bank | Checking | 4811 | $0.00 |
| 3.4. | Mizuho Bank LTD. | Checking | 0177 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $100.95

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    HI Wind Down Corporation _____    Case number *(If known)*  25-11828
          Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | HI Wind Down Corporation | Case number *(If known)* | 25-11828 |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100.95 |

**Fill in this information to identify the case:**

Debtor name ___HI Wind Down Corporation___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE,___

Case number (if known) ___25-11828___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Claudine Giger<br>Creditor's Name<br><br>55 Chemin De Sionnet<br>1254 Jussy, Switzerland<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All tangible and intangible personal property. | $84,321.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
10/15/2020
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
  1. Fabrice Giger
  2. Claudine Giger
  3. The Small Business Association

Describe the lien

**Is the creditor an insider or related party?**
☒ Yes
☐ No
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Fabrice Giger<br>Creditor's Name<br><br>6352 Innsdale Dr.<br>Los Angeles, CA 90068<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>All tangible and intangible personal property. | $411,685.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
10/15/2020
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
  1. Fabrice Giger
  2. Claudine Giger
  3. The Small Business Association

Describe the lien

**Is the creditor an insider or related party?**
☒ Yes
☐ No
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | HI Wind Down Corporation | Case number (if known) | 25-11828 |
|---|---|---|---|
| | Name | | |

| 2.3 | The Small Business Administration | Describe debtor's property that is subject to a lien | $526,333.99 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | All tangible and intangible personal property. | | |

**Creditor's mailing address**
14925 Kingsport Road
Fort Worth, TX 76155

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
10/17/2021

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

1. Fabrice Giger
2. Claudine Giger
3. The Small Business Association

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,022,339.99 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name  **HI Wind Down Corporation**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE,**

Case number (if known)  **25-11828**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

**3.1** 
**Nonpriority creditor's name and mailing address**
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan Principal and Interests

Is the claim subject to offset? ☒ No  ☐ Yes

$211,949.59

---

**3.2** 
**Nonpriority creditor's name and mailing address**
Aubin
Chemin des deux Croix - CS 7005
86240 LIGUGE - France

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ☒ No  ☐ Yes

$5,275.78

---

**3.3** 
**Nonpriority creditor's name and mailing address**
Bureau International de l'Edition fran?a
115 BOULEVARD SAINT-GERMAIN,
75006 PARIS, FRANCE

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ☒ No  ☐ Yes

$3,510.57

---

**3.4** 
**Nonpriority creditor's name and mailing address**
City National Bank
1601 Vine Street, Ste. 101
Los Angeles, CA 90028

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Overdraft Account

Is the claim subject to offset? ☒ No  ☐ Yes

$51,472.91

---

**3.5** 
**Nonpriority creditor's name and mailing address**
Delsol
8 Rue Leon Jouhaux, 7
5010 Paris, FRANCE

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ☒ No  ☐ Yes

$8,555.35

| Debtor | HI Wind Down Corporation | Case number (if known) | 25-11828 |
|--------|--------------------------|------------------------|----------|
|        | Name |  |  |

---

**3.6**  
**Nonpriority creditor's name and mailing address**  
Estellaprint  
Carretera a Tafalla no 13,  
31132 VILLATUERTA-ESTELLA  
(Navarra) ESPANA  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$24,468.32**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Services  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.7**  
**Nonpriority creditor's name and mailing address**  
Fabrice Giger  
6352 Innsdale Dr.  
Los Angeles, CA 90068  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$2,046,875.00**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Loan principal and interests  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.8**  
**Nonpriority creditor's name and mailing address**  
HaystackID, LLC  
PO Box 95858  
Chicago, IL 60694  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$1,413.20**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Services  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.9**  
**Nonpriority creditor's name and mailing address**  
Henry Vincent  
93 Avenue Henri Adam  
37550 Saint-Avertin, France  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$620,043.03**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Stock Purchase Agreement for La Boite a Bulles SAS Shares  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.10**  
**Nonpriority creditor's name and mailing address**  
Humanoids Corporation  
6464 Sunset Blvd., Suite 1180  
Los Angeles, CA 90068  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$8,025,607.77**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Loans  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.11**  
**Nonpriority creditor's name and mailing address**  
Humanoids Holding Sarl  
63-65, rue de Merl,  
L-2146 Luxembourg  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$2,743.85**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Loan  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.12**  
**Nonpriority creditor's name and mailing address**  
Humanoids Holding Sarl  
63-65, rue de Merl,  
L-2146 Luxembourg  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$261,057.78**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Loan  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.13**  
**Nonpriority creditor's name and mailing address**  
Humensis  
170b BLD DU MONTPARNASSE  
75014 PARIS, France  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _  

As of the petition filing date, the claim is: *Check all that apply.*    **$5,850.00**

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  Royalties  

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor    HI Wind Down Corporation
     Name

Case number (if known)    25-11828

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,313.00 |
|---|---|---|---|

Hutchinson and Bloodgood
550 N. Brand Blvd., 14th Floor
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,680.76 |
|---|---|---|---|

LAGARDERE TR FRANCE SNC
4-10, av. Andre Malraux
92689 Levallois-Perret Cedex, France

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,510.57 |
|---|---|---|---|

Le Point Com
Immeuble Le Barjac 1, boulevard Victor
75015 Paris, France

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.94 |
|---|---|---|---|

MK2+
55, rue Traversiere,
75012 PARIS, FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,438.83 |
|---|---|---|---|

Mosquitto Editions - Association
1ter rue des Sablons,
38120 Saint Egreve, France

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Royalties

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,866.97 |
|---|---|---|---|

PAGE
101 rue Saint Lazare
75009 Paris, France

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,855.99 |
|---|---|---|---|

Pollina
ZI de Chasnais
85407 Lu?on dedex, France

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000,000.00 |
|---|---|---|---|

Primer Entertainment, LLC
c/o MLaw APC
9255 Sunset Blvd., Suite 1100
West Hollywood, CA 90069

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Arbitration Demand

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | HI Wind Down Corporation | Case number (if known) | 25-11828 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Radio nova - pub MH<br>10 - 12 Rue Maurice Grimaud,<br>75018 PARIS, FRANCE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,804.58 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Rotofrance<br>25 Rue de la Maison Rouge<br>77185 LOGNES, France | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,344.48 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Sarl La Chope<br>19/21 rue Boyer,<br>75020 PARIS, France | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,893.44 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>Sparkling SAS<br>82 rue de Reuilly,<br>75012 Paris, France | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,006.64 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Paid on behalf of | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>Willkie Farr & Gallagher, LLP<br>2029 Century Park East<br>Los Angeles, CA 90067 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $761,326.58 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 22,225,265.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 22,225,265.93 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | HI Wind Down Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE, |
| Case number (if known) | 25-11828 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Payroll provider Client ID: 22387195 R7/HLA | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ADP 1 ADP Boulevard Roseland, NJ 07068 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Medical Benefits Insurance Group # 66077 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | CaliforniaChoice 721 S. Parket St., #200 Orange, CA 92868 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | E&O Insurance Policy # ESN0240293149 | |
| | State the term remaining | 5 Months | Lloyd's of London One Lime Street, London EC3M 7HA, United Kingdom |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Business Owner's Property Insurance Policy # 72 SBA AX3BAG | |
| | State the term remaining | 1 Month | The Hartford Insurance Group, Inc. 690 Asylum Avenue Hartford, CT 06155 |
| | List the contract number of any government contract | | |

Debtor 1    HI Wind Down Corporation

First Name        Middle Name        Last Name

Case number (*if known*)    25-11828

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Workers' Compensation Insurance Policy # 76 WEG BB2FD7 | |
|---|---|---|---|
| | State the term remaining | 1 Month | |
| | List the contract number of any government contract | | The Hartford Insurance Group, Inc. 690 Asylum Avenue Hartford, CT 06155 |

**Fill in this information to identify the case:**

Debtor name __HI Wind Down Corporation__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE,__

Case number (if known) __25-11828__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Fabrice Giger | 6352 Innsdale Dr. Los Angeles, CA 90068 | The Small Business Administration | ☒ D  2.3 ☐ E/F ____ ☐ G ____ |
| 2.2 Fabrice Giger | 6352 Innsdale Dr. Los Angeles, CA 90068 | American Express National Bank | ☐ D ____ ☒ E/F  3.1 ☐ G ____ |
| 2.3 HC Wind Down Corporation | 6464 Sunset Blvd., Suite 1180 Los Angeles, CA 90028 | Primer Entertainment, LLC | ☐ D ____ ☒ E/F  3.21 ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    HI Wind Down Corporation

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE,

Case number (if known)    25-11828

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 28, 2025     X   /s/ Alexandre Donoghue
                                              Signature of individual signing on behalf of debtor

                                              Alexandre Donoghue
                                              Printed name

                                              Secretary and Chief Operating Officer
                                              Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___HI Wind Down Corporation___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) ___25-11828___

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 07/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $646,247.00 |
| For prior year:<br>From 07/01/2024 to 06/30/2025 | ☒ Operating a business<br><br>☐ Other _____ | $5,704,885.00 |
| For year before that:<br>From 07/01/2023 to 06/30/2024 | ☒ Operating a business<br><br>☐ Other _____ | $4,182,413.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.      See attached HI 90 day payments.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount
    may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | HI Wind Down Corporation | Case number *(if known)* | 25-11828 |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.     See attached HI 1 year payments.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Claudine Giger<br>55 Chemin De Sionnet<br>1254 Jussy, Switzerland | All assets | 10/09/2025 | Unknown |
| Fabrice Giger<br>6352 Innsdale Dr.<br>Los Angeles, CA 90068 | All assets | 10/09/2025 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Primer Entertainment, LLC, et al., v. Humanoids, Inc., et al., 5210000785 | Arbitration | JAMS c/o Barbara Reeves, Esq.<br>1925 Century Park East<br>Los Angeles, CA 90067 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | HI Wind Down Corporation | Case number *(if known)* | 25-11828 |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801 | | 10/13/2025 | $10,676.00 |
| | **Email or website address**<br>www.bk-legal.com | | | |
| | **Who made the payment, if not debtor?**<br>Willkie Farr & Gallagher, LLP | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

Debtor    HI Wind Down Corporation                                    Case number *(if known)*  25-11828

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Subscribers' names and contact information.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Humanoids Inc. 401K Plan | EIN:  95-4671935 |

Has the plan been terminated?
☒ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America, N.A.<br>P.O. Box 25118<br>Tampa, FL 33622 | XXXX-7996 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/07/2025 | Unknown |
| 18.2. | ING Banking<br>Avenue Marnix 24<br>B-1000 Brussels, Belgium | XXXX-7151 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/10/2025 | Unknown |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | HI Wind Down Corporation | | Case number *(if known)* | 25-11828 |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | Credit Industriel et Commercial<br>15 Rue Bachaumont<br>75002 Paris, France | XXXX-9204 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 07/10/2025 | Unknown |
| 18.4. | Credit Industriel et Commercial<br>15 Rue Bachaumont<br>75002 Paris, France | XXXX-1401 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 07/10/2025 | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>13434 Saticoy St., Unit 506<br>North Hollywood, CA 91605 | Alex Donoghue | Books, displays, and exhibition materials | ☒ No<br>☐ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | HI Wind Down Corporation | Case number *(if known)* | 25-11828 |
|---|---|---|---|

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  La Boite a Bulles SAS<br>1 impasse du Palasis<br>37000 Tours, France | Publishing | **EIN:**  44-9371483<br>**From-To**  11/12/2014 - Present |
| 25.2.  Convoy Productions, LLC<br>9255 Sunset Blvd. 1100<br>West Hollywood, CA 90069 | | **EIN:**  84-3138339<br>**From-To**  10/24/2019 - Present |
| 25.3.  Humanoids Development, LLC<br>6464 Sunset Blvd., Suite 1180<br>Los Angeles, CA 90068 | | **EIN:**  86-2567999<br>**From-To**  03/08/2021 - 10/13/2025 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Sparkling SAS<br>82 rue de Reuilly,<br>75012 Paris, France | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  HI Wind Down Corporation                                    Case number *(if known)*  25-11828

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Sparkling SAS<br>82 rue de Reuilly,<br>75012 Paris, France | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Sparkling SAS<br>82 rue de Reuilly,<br>75012 Paris, France | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fabrice Giger | 6352 Innsdale Dr.<br>Los Angeles, CA 90068 | CEO, President, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Donoghue | | Treasurer, Secretary, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryan Ling | | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Guillaume Nougaret | | CFO | |

| Debtor | HI Wind Down Corporation | Case number *(if known)* | 25-11828 |
|---|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.    See attached HI 1 year payments.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Humanoids Corporation | **EIN:**    88-2382950 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 28, 2025

*/s/ Alexandre Donoghue*                                     Alexandre Donoghue
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Secretary and Chief Operating Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**HI Wind Down Corporation**

Payments made since July 15, 2025

| Name | Date(s) | Total Amount | Reason(s) |
|---|---|---|---|
| American Express | 7/17/2025<br>8/18/2025<br>9/16/2025 | $ 21,410.72 | Unsecured loan repayment |
| Julietta Cordone | 7/22/2025<br>8/21/2025<br>9/15/2025<br>10/06/2025 | $ 10,960.25 | Suppliers or vendors |
| Estella | 7/23/25 | 13,618.68 € | Suppliers or vendors |
| Frissen | 8/5/2025<br>9/8/2025<br>10/06/2025 | $ 11,358.00 | Suppliers or vendors |
| GPS | 7/25/25 | 9,628.79 € | Suppliers or vendors |
| Henrichon | 7/31/2025<br>9/5/2025<br>10/02/2025 | 9,400.00 € | Suppliers or vendors |
| Indice | 7/23/2025<br>9/17/2025 | 24,892.20 € | Suppliers or vendors |
| JAMS | 7/17/25 | $ 10,170.00 | Other: legal fees |
| Koryo | 7/23/25 | 39,400.00 € | Suppliers or vendors |
| La Boite a Bulles | 9/8/2025<br>9/18/2025 | 17,000.00 € | Intragroup payment |
| Le Dissez | 9/3/25 | 7,815.37 € | Suppliers or vendors |
| Marazano | 9/4/2025<br>7/31/2025<br>10/02/2025 | 9,000.00 € | Suppliers or vendors |
| Mirman Bubman Nahmias | 8/5/25 | $ 30,160.10 | Other: legal fees |
| Paramount contractors | 8/6/2025<br>9/8/2025<br>10/06/2025 | $ 12,333.54 | Suppliers or vendors |
| Rotofrance | 9/17/25 | 10,000.00 € | Suppliers or vendors |
| transcontinental | 9/16/25 | $ 10,900.00 | Suppliers or vendors |
| Vanguard economics | 8/5/2025<br>10/7/2025 | $ 10,280.00 | Suppliers or vendors |

**Intragroup payments from HI Wind Down Corporation**

| Date | Amount | to |
|---|---|---|
| 10/15/24 | 11,000.00 € | Sparkling |
| 10/24/24 | 50,000.00 € | La Boite A Bulles |
| 11/27/24 | 5,000.00 € | La Boite A Bulles |
| 12/4/24 | 10,000.00 € | Sparkling |
| 12/16/24 | 1,000.00 € | Humanoid Holding |
| 12/20/24 | 4,000.00 € | Sparkling |
| 12/30/24 | $ 17,114.85 | Humanoid Holding |
| 12/30/24 | $ 550,000.00 | HC |
| 1/27/25 | 5,000.00 € | Sparkling |
| 1/28/25 | $ 11,700.00 | Sparkling |
| 1/29/25 | $ 20,000.00 | Humanoid Holding |
| 1/29/25 | 17,000.00 € | La Boite A Bulles |
| 2/4/25 | 5,000.00 € | La Boite A Bulles |
| 2/5/25 | 15,000.00 € | La Boite A Bulles |
| 2/6/25 | 500.00 € | Humanoid Holding |
| 2/10/25 | $ 51,600.01 | HC |
| 2/11/25 | 1,000.00 € | La Boite A Bulles |
| 2/27/25 | $ 17,256.15 | Humanoid Holding |
| 2/28/25 | 1,000.00 € | La Boite A Bulles |
| 3/20/25 | 15,000.00 € | Sparkling |
| 3/27/25 | 10,000.00 € | La Boite A Bulles |
| 3/27/25 | 5,000.00 € | Sparkling |
| 3/27/25 | 5,000.00 € | Sparkling |
| 4/29/25 | 7,000.00 € | Sparkling |
| 5/7/25 | 1,000.00 € | Humanoid Holding |
| 5/15/25 | 18,000.00 € | Sparkling |
| 5/20/25 | 2,000.00 € | Sparkling |
| 5/22/25 | 3,000.00 € | Sparkling |
| 5/27/25 | 1,985.96 € | La Boite A Bulles |
| 6/2/25 | 4,300.00 € | La Boite A Bulles |
| 6/3/25 | 66,000.00 € | Sparkling |
| 6/5/25 | 4,000.00 € | Sparkling |
| 6/20/25 | 16,000.00 € | Sparkling |
| 6/27/25 | 105,000.00 € | Sparkling |
| 7/15/25 | 1,000.00 € | Sparkling |
| 8/7/25 | 1,000.00 € | Sparkling |
| 9/8/25 | $ 60.00 | HC |
| 9/8/25 | 11,000.00 € | La Boite A Bulles |
| 9/17/25 | 5,000.00 € | Sparkling |
| 9/18/25 | 6,000.00 € | La Boite A Bulles |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  HI Wind Down Corporation
_____
Debtor(s)

Case No.  25-11828
_____

Chapter  7
_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................................ | $ | 10,676.00 |
| Prior to the filing of this statement I have received ..................................................... | $ | 10,676.00 |
| Balance Due ................................................................................................................ | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor      ☒ Other (specify):      Willkie Farr & Gallagher, LLP

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_October 28, 2025_____
Date

/s/ David M. Klauder
_____
David Klauder
*Signature of Attorney*
Bielli & Klauder
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600   Fax:
dklauder@bk-legal.com
*Name of law firm*

ADP
1 ADP Boulevard
Roseland, NJ 07068


American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070


Aubin
Chemin des deux Croix - CS 7005
86240 LIGUGE - France


Bureau International de l'Edition frança
115 BOULEVARD SAINT-GERMAIN,
75006 PARIS, FRANCE


CaliforniaChoice
721 S. Parket St., #200
Orange, CA 92868


City National Bank
1601 Vine Street, Ste. 101
Los Angeles, CA 90028


Claudine Giger
55 Chemin De Sionnet
1254 Jussy, Switzerland


Delsol
8 Rue Leon Jouhaux, 7
5010 Paris, FRANCE


Estellaprint
Carretera a Tafalla n° 13,
31132 VILLATUERTA-ESTELLA (Navarra)
ESPANA


Fabrice Giger
6352 Innsdale Dr.
Los Angeles, CA 90068


HaystackID, LLC
PO Box 95858
Chicago, IL 60694


HC Wind Down Corporation
6464 Sunset Blvd., Suite 1180
Los Angeles, CA 90028


Henry Vincent
93 Avenue Henri Adam
37550 Saint-Avertin, France


Humanoids Corporation
6464 Sunset Blvd., Suite 1180
Los Angeles, CA 90068

Humanoids Holding Sarl
63-65, rue de Merl,
L-2146 Luxembourg

Humensis
170b BLD DU MONTPARNASSE
75014 PARIS, France

Hutchinson and Bloodgood
550 N. Brand Blvd., 14th Floor
Glendale, CA 91203

John V. Berlinski, Esquire
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

LAGARDERE TR FRANCE SNC
4-10, av. André Malraux
92689 Levallois-Perret Cedex, France

Le Point Com
Immeuble Le Barjac 1, boulevard Victor
75015 Paris, France

Lloyd's of London
One Lime Street,
London EC3M 7HA, United Kingdom

MK2+
55, rue Traversière,
75012 PARIS, FRANCE

Mosquitto Editions - Association
1ter rue des Sablons,
38120 Saint Egrêve, France

PAGE
101 rue Saint Lazare
75009 Paris, France

Pollina
ZI de Chasnais
85407 Luçon dedex, France

Primer Entertainment, LLC
c/o MLaw APC
9255 Sunset Blvd., Suite 1100
West Hollywood, CA 90069

Radio nova - pub MH
10 - 12 Rue Maurice Grimaud,
75018 PARIS, FRANCE

Rotofrance
25 Rue de la Maison Rouge
77185 LOGNES, France

Sarl La Chope
19/21 rue Boyer,
75020 PARIS, France


Sparkling SAS
82 rue de Reuilly,
75012 Paris, France


The Hartford Insurance Group, Inc.
690 Asylum Avenue
Hartford, CT 06155


The Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Willkie Farr & Gallagher, LLP
2029 Century Park East
Los Angeles, CA 90067